#60537

UNCLAIMED FUNDS

FILED
2010 MAR -2 AM 11: 14

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

FEBRUARY 26, 2010

04-64353  BRADLEY D HOAGLAND
CREDITOR DID NOT CASH CHECK
CHECK #413866 FOR $12.46
FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE  19886-5726

0567849  TODD SHERER
LINDA SHERER
CREDITOR DID NOT CASH CHECK
CHECK #413867 FOR $1.82
ALLIANCE MED ASSOC
PO BOX 2749
264 E RICE ST
ALLIANCE, OH 44601

07-60476  DEBRA MCMULLEN
CREDITOR DID NOT CASH CHECK                                0 • *
CHECK #413868 FOR $9.37
NATIONAL CITY BANK                                      12 • 46 +
3232 NEWMARK DRIVE                                       1 • 82 +
MIAMISBURG, OH  45342                                    9 • 37 +
                                                       558 • 52 +
07-61197  JAMES FERRELL                                   9 • 37 +
CREDITOR DID NOT CASH CHECK                            591 • 54 *
CHECK #413869 FOR $558.52
WELLS FARGO HOME MTG
MAC #X2501-01D
ONE HOME CAMPUS
DES MOINES, IA  50328